IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TIARE TECHNOLOGY, INC.,** § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **PETCO ANIMAL SUPPLIES, INC.,** § <br> § <br> *Defendant.* § <br> § <br> § | Civil Action No. 2:21-cv-152-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Tiare Technology, Inc. ("Tiare") and Defendant Petco Animal Supplies ("Petco") hereby notify the Court that they have settled, in principle, the claims between them. Accordingly Plaintiff Tiare and Defendant Petco jointly move the Court to stay all deadlines in the above-captioned case until August 11, 2020, to allow the parties to finalize the settlement of this matter.

Dated: July 12, 2021

Respectfully submitted,

By: /s/ Christian J. Hurt

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

**Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Tiare Technology, Inc.*

**GREENBERG TRAURIG, LLP**

/s/ *Joshua L. Raskin*
Joshua L. Raskin
200 Park Avenue
New York, NY 10166
(212) 801-6930
raskinj@gtlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 12th day of July, 2021.

/s/ *Christian J. Hurt*
Christian J. Hurt

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by both parties.

/s/ Christian J. Hurt
Christian J. Hurt
