IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGY, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00152-JRG-RSP |
| PETCO ANIMAL SUPPLIES, INC., | § § § | |
| *Defendant*. | § § § | |

# ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiff Tiare Technology, Inc. ("Tiare") and Defendant Petco Animal Supplies ("Petco") (collectively, the "Parties"). **Dkt. No. 8**. The Parties' Motion notifies the Court that they have settled, in principle, the claims between them and jointly move the Court to stay all deadlines in the above-captioned case until August 11, 2021[1], to allow the parties to finalize the settlement of this matter.

After due consideration, the Court **GRANTS** the Parties' Motion. It is therefore **ORDERED** that all deadlines in the above-captioned matter are hereby **STAYED** through August 11, 2021.

**SIGNED this 13th day of July, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Parties' Motion requests a stay until August 11, 2020. The Court interprets this as a typographic error meant to read August 11, 2021.