# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **TIARE TECHNOLOGY, INC.,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 2:21-cv-152** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **PETCO ANIMAL SUPPLIES, INC.,** | § § § | |
| *Defendant.* | § § § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice between Plaintiff Tiare Technology, Inc. and Defendant Petco Animal Supplies, Inc., and the Court being of the opinion that said motion should be **GRANTED**, hereby:

**ORDERS** that all claims asserted in this suit against Petco Animal Supplies, Inc. are hereby dismissed with prejudice.

All relief not previously granted is hereby denied.

Each party shall bear its own costs and attorney fees.

The Clerk is directed to terminate this civil action.

**IT IS SO ORDERED.**